# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2014

148021

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

T. JOSEPH SEWARD,
        Plaintiff-Appellant,

v

                                   SC: 148021
                                   COA: 315282
                                   Wayne CC: 12-012887-AV

JASON PASANT,
        Defendant-Appellee,

and

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,
        Defendant.

_____/

       On order of the Court, the application for leave to appeal the October 4, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2014



h0421

                                   Clerk